WENDY MATHIS, Respondent, v ZURICH AMERICAN INSURANCE COMPANY et al., Respondents. [5 NYS3d 872]—

Order and judgment (one paper), Supreme Court, Bronx County (Alexander W. Hunter, Jr., J.), entered March 11, 2014, awarding plaintiff a sum of money, unanimously reversed, on the law, without costs, plaintiff's motion for summary judgment denied, and defendants' motion for summary judgment dismissing the complaint granted. The Clerk is directed to enter judgment dismissing the complaint.

Plaintiff failed to comply with the insurance policy's notice of lawsuit requirement, a condition precedent to coverage (*see Argo Corp. v Greater N.Y. Mut. Ins. Co.*, 4 NY3d 332 [2005]).

The restrictions of Insurance Law § 3420 (d) do not apply to this policy, which was not issued or delivered in the State of New York (*see generally FC Bruckner Assoc., L.P. v Fireman's Fund Ins. Co.*, 95 AD3d 556 [1st Dept 2012]). In any event, the insurer's disclaimer was timely. Concur—Gonzalez, P.J., Mazzarelli, Renwick and Gische, JJ.